UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-3147-DMG<br>2:15-bk-27357-ER | Date | June 14, 2016 |

Title  *In re Josephine Tan Lao*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings:   IN CHAMBERS - ORDER TO SHOW RE: DISMISSAL FOR LACK OF PROSECUTION**

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required **notice of transcripts**.

Appellant is Ordered to Show Cause no later than **June 28, 2016**, why the appeal should not be dismissed for this deficiency. The Court may consider Appellant's filing of the missing required document, along with a declaration of good cause for the delay, sufficient response to the order to show cause.

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk KT |